| AO 10 Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2018** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Carey, Kevin J. | 2. Court or Organization<br><br>United States Bankruptcy Court for the District of Delaware | 3. Date of Report<br><br>05/14/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

| 7. Chambers or Office Address<br><br>United States Bankruptcy Court for the District of Delaware<br>824 North Market Street, 5th Floor<br>Wilmington, DE 19801 |
|---|

| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Executor | Estate #1 |
| 2. Member, Board of Directors | American Bankruptcy Institute |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Matthew Bender & Company, Inc. (Lexis/Nexis) Contribution Author to Collier Forms Manual and Treatise | $10,000.00 |
| 2. 2018 | St. John's University (teaching) | $7,000.00 |
| 3. 2018 | American Bankruptcy Law Journal (editor) | $6,000.00 |
| 4. 2018 | Temple University, Beasley School of Law (teaching) | $5,000.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | ███████████, LLC (Wages) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Turnaround Management Association | January 11, 2018 | New York, NY | Webinar Participant | Amtrak Fare, Lodging, Train Station Parking, Local Transportation, Meals |
| 2. | St. John's University School of Law | January 25-27, 2018 | New York, NY | Bankruptcy Sales LLM Class (Adjunct Instructor) | Amtrak Fare, Lodging, Local Transportation, Car Service, Train Station Parking, Meals |
| 3. | American Bankruptcy Institute | March 5-5, 2018 | New York, NY | Duberstein Competition Dinner Attendee nd Executive Committee Meeting (Board Member) | Amtrak Fare, Lodging, Train Station Parking, Local Transportaton, Meals |

| | | | | |
|---|---|---|---|---|
| 4. | M&A Advisors | March 19-22, 2018 | Palm Beach, FL | Distressed Investing Summit (Panelist) | Airfare, Lodging, Local Transportation, Airport Parking, Program Fee (including Reception and Meals) |
| 5. | American Bankruptcy Institute | March 28, 2018 | Alexandria, VA | Strategic Planning Meeting (Committee Member) | Amtrak Fare, Local Transportation, Train Station Parking |
| 6. | American Bar Association | April 12-14, 2018 | Orlando, FL | Business Law Section, Bankruptcy Committee Annual Meeting (Panelist) | Airfare, Lodging, Baggage Fees, Local Transportation, Airport Parking, Other Meals, Registration (including Reception and Meals) |
| 7. | American Bankruptcy Institute | April 19-22, 2018 | Washington, DC | Annual Spring Meeting (Panelist/Attendee) | Lodging, Mileage, Local Travel, Tolls, Hotel Parking, Meals, Program Fee (including Reception and Meals) |
| 8. | Lincoln Center Corporate Fund | April 25, 2018 | New York, NY | Award Presenter | Amtrak Fare, Lodging, Reception and Dinner |
| 9. | Maryland Bankruptcy Bar Association | May 4-5, 2018 | Annapolis, MD | Panelist | Lodging, Mileage, Tolls, Hotel Parking, Other Meals, Program Fee (including Reception and Meals) |
| 10. | Southern District of Florida Bankruptcy Bar Association | May 10-13, 2018 | Palm Beach, FL | Panelist | Airfare, Lodging, Other Meals, Program Fee (including Reception and Meals) |
| 11. | American Bankruptcy Institute | May 16-18, 2018 | Las Vegas, NV | VALCON (Panelist/ Attendee) | Airfare, Lodging, Baggage Fees, Airport Parking, Other Meals, Program Fee (including Reception and Meals) |
| 12. | American Bankruptcy Institute | May 24, 2018 | New York, NY | New York City Bankruptcy Conference (Panelist) | Amtrak Fare, Lodging, Train Station Parking, Local Transportation, Lunch and Reception |
| 13. | Turnaround Management Association | June 5-7, 2018 | Atlantic City, NJ | Atlantic City Symposium (Panelist) | Lodging, Mileage, Tolls, Program Fee (including Reception and Meals) |
| 14. | New York Institute of Credit | June 11, 2018 | New York, NY | Centennial Celebration (Award Presenter) | Amtrak Fare, Local Transportation, Train Station Parking and Reception |
| 15. | Association of Insolvency and Restructuring Advisors | June 13-16, 2018 | Nashville, TN | Annual Conference (Panelist/Attendee) | Airfare, Lodging, Local Travel, Airport Parking, Other Meals, Program Fee (including Reception and Meals) |
| 16. | American Bankruptcy Institute | August 2-4, 2018 | Hershey, PA | Mid-Atlantic Workshop (Panelist/Attendee) | Lodging, Mileage, Other Meals, Program Fee (including Reception and Meals) |
| 17. | American Bankruptcy Institute | September 5-7, 2018 | Las Vegas, NV | Executive Committee Meeting (Board Member) | Airfare, Lodging, Airport Parking, Local Transportation, Meals |
| 18. | American College of Bankruptc | September 12, 2018 | Newark, NJ | Rutgers Program (Panelist) | Amtrak Fare; Local Transportation; Train Station Parking |
| 19. | St. John's University | September 13, 2018 | New York, NY | Mediation Training Program (Panelist) | Amtrak Fare, Local Transportation, Train Station Parking |
| 20. | American Bankruptcy Institute | September 20-21, 2018 | Washington, DC | Eye on Bankruptcy (Interviewee) and Views from the Bench (Panelist) | Amtrak Fare, Lodging, Local Transportation, Lunch and Reception |
| 21. | Turnaround Management Association | September 26-28, 2018 | Colorado Springs, CO | Annual Convention (anelist/Attendee) | Airfare, Lodging, Baggee Fees, Local Transportation, Airport Parking, Other Meals, Program Fee (including Reception and Meals) |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Carey, Kevin J. | 05/14/2019 |

| | | | | |
|---|---|---|---|---|
| 22. | American Bankruptcy Institute | October 17-21, 2018 | Milan, Italy | International Symposium (Panelist/Attendee) | Airfare, Lodging, Baggage Fees, Program Fee (including Reception and Meals) |
| 23. | National Conference of Bankruptcy Judges | October 28-31, 2018 | San Antonio, TX | Annual Conference (Panelist/Attendee) | Airfare, Lodging, Airport Parking, Program Fee (including Reception and Meals) |
| 24. | St. John's University | November 1-3, 2018 | New York, NY | Executory Contracts LLM Class (Adjunct Instructor) | Fare, Lodging, Local Transportation, Car Service, Train Station Parking, Meals |
| 25. | American Bankruptcy Institute | November 6, 2018 | New York, NY | Professional Development Seminar (Panelist) | Amtrak Fare, Train Station Parking, Reception |
| 26. | Association of Insolvency and Restructuring Advisors | November 12, 2018 | New York, NY | Advanced POR Conference (Panelist) | Amtrak Fare, Train Station Parking, Program Fee (including Reception) |
| 27. | American Bar Association | November 15-16, 2018 | Washington, DC | Bankruptcy for Breakfast (Panelist) | Amtrak Fare, Lodging, Local Transportation, Meals |
| 28. | American Bankruptcy Institute | December 5-8, 2018 | Scottsdale, AZ | Winter Leadership Conference (Panelist/ Attendee) | Airfare, Lodging, Baggage Fees, Local Transportation, Other Meals, Program Fee (including Reception and Meals) |
| 29 | American Bankruptcy Institute/St. John's University | December 13, 2018 | New York, NY | Mediation Training Program (Panelist) | Amtrak Fare, Local Transportation, Train Station Parking |

| Name of Person Reporting | Date of Report |
|---|---|
| Carey, Kevin J. | 05/14/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | St. John's University | Teaching Award | $250 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express Optima | Credit Card | K |
| 2. | Aviator Master Card (name correction for Aviant) | Credit Card | J |
| 3. | American Express | Credit Card | K |
| 4. | TD Bank | Credit Card | J |
| 5. | Sears | Credit Card | J |
| 6. | Navient | Student Loans | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Carey, Kevin J. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ▭, LLC 401(k)-Investments Trustee directed | C | Dividend | M | T | | | | | |
| 2. Estate #1-PNC Bank (cash in bank account) | | None | J | T | | | | | |
| 3. PNC Bank Accounts | A | Interest | J | T | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carey, Kevin J. | 05/14/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Carey, Kevin J. | 05/14/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kevin J. Carey**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544